1052

No. 00–547. WALLACE v. SKADDEN, ARPS, SLATE, MEAGHER & FLOM ET AL. C. A. D. C. Cir. Certiorari denied.

No. 00–559. MARTINI v. GEIER-LARBI. Ct. App. Wash. Certiorari denied.

No. 00–561. RUIZ CORONADO v. BANKATLANTIC BANCORP, INC. C. A. 11th Cir. Certiorari denied.

No. 00–565. EXPRESS SERVICES, INC. v. CAREERS EXPRESS STAFFING SERVICES ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–573. GIBSON ET AL. v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 00–575. MANCIK ET AL. v. WESTRIN ET AL. Ct. App. Mich. Certiorari denied.

No. 00–577. UNIVERSITY OF CINCINNATI ET AL. v. JOHNSON. C. A. 6th Cir. Certiorari denied.

No. 00–582. CERVONE v. CERVONE, NKA MATTEUCCI. Ct. App. Ohio, Mahoning County. Certiorari denied.

No. 00–591. BUCKLEY ET AL. v. TEAMSTERS LOCAL UNION No. 764, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AFL–CIO–CLC. C. A. 3d Cir. Certiorari denied.

No. 00–610. BURNETTE ET VIR v. CAROTHERS ET AL. C. A. 2d Cir. Certiorari denied.

No. 00–613. BARRETT v. UNIVERSITY OF MISSISSIPPI ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–624. MIRAVALLE v. FLORIDA BAR. Sup. Ct. Fla. Certiorari denied.

No. 00–676. MONTOYA v. ARIZONA DEPARTMENT OF TRANSPORTATION ET AL. Ct. App. Ariz. Certiorari denied.

No. 00–683. LUCAS v. CENTRAL INTELLIGENCE AGENCY ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–731. BONTON v. MERIT SYSTEMS PROTECTION BOARD ET AL. C. A. Fed. Cir. Certiorari denied.